### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:06CV224-MU-02

| | |
|---|---|
| KHOSROW PARMAEI,     )<br>    Petitioner,     )<br>                 )<br>     v.            )<br>                 )<br>CHRISTINE S. SMITH, Ad- )<br>  ministratrix of the  )<br>  Estate of Meg M. Par- )<br>  maei, deceased,     )<br>     Respondent.     )<br>_____)| <u>ORDER</u> |

**THIS MATTER** comes before the Court on the petitioner's form-Petition for a Writ of <u>Habeas Corpus</u> under 28 U.S.C. §2254, filed July 28, 2006.

As best as can be understood from the instant Petition, the petitioner is seeking to challenge a civil judgment which was entered against him in a wrongful death action. In particular, the subject Petition reflects that the petitioner was found liable in a wrongful death action which was tried in the civil division of the Superior Court of Buncombe County; that he was ordered to pay a civil judgment of one million dollars; and that he believes that his rights under the North Carolina Rules of Civil Procedure were violated because his request for a jury trial was not honored.

Dockets.Justia.com

However, as is obvious from the above, the petitioner has failed to state a constitutional claim under 28 U.S.C. §2254. To put it simply, the petitioner's allegations do not relate to the fact or duration of his confinement.  Thus, inasmuch as §2254 provides a means for seeking a federal remedy based upon challenges of unlawfully obtained or imposed criminal convictions or sentences, the petitioner cannot proceed with this action. Therefore, the petitioner's Petition will be **DISMISSED** for his failure to state a cognizable claim for relief therein.

   **SO ORDERED.**

Signed: August 3, 2006

Graham C. Mullen
United States District Judge